UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ANTONIO D. HARPER, | Case No. 2:26-cv-01335-ART-NJK |
|---|---|
| Petitioner, | ORDER |
| v. | |
| JEREMY BEAN, et al., | |
| Respondents. | |

Antonio D. Harper filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. ECF No. 1. Mr. Harper paid the filing fee, and this Court ordered Harper to show cause by **May 28, 2026**, why his Petition should not be dismissed as wholly unexhausted. ECF No. 3.

Harper has not kept the Court informed of his current address. ECF Nos. 4; 5. The Court has received notices that mail is not deliverable to him at the Clark County Detention Center. *Id.* The website for the Nevada Department of Corrections states Harper is incarcerated at High Desert State Prison (HDSP). *See* NDOC Inmate Search. The Local Rules of Practice require all parties file written notices of change of address. LR IA 3-1; LR IC 2-1(g). *See also Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) ("A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address.").

It is therefore ordered that Petitioner Antonio D. Harper must file a notice of change of address **by July 10, 2026**.

It is further ordered that the Clerk of Court send a courtesy copy of the Court's Order to Show Cause, ECF No. 3, to Harper at HDSP.

It is further ordered that Harper has **through July 10, 2026**, to respond to the Court's Order to Show Cause why this action should not be dismissed on the grounds that his claims are wholly unexhausted as set forth in the Court's Order to Show Cause. Harper's showing of cause must be factually detailed, and

1

must, where possible, be supported by exhibits.

It is further ordered that any failure by Harper to timely and fully comply with this Order will result in dismissal of this action without prejudice and **without further advance notice**.

DATED THIS 8th day of June 2026.

_____

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2